AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| ZELTIQ AESTHETICS, INC. <br><br> *Plaintiff(s)* <br> v. <br> DERMA LASER CENTER LLC and NADER SHEHATA, MD <br><br> *Defendant(s)* | Civil Action No. 15-cv-62471 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  DERMA LASER CENTER LLC
3800 S. Ocean Drive, # 218, Hollywood, Florida 33019

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

S. Carey Villeneuve
BUCHANAN INGERSOLL & ROONEY PC
1200 E. Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Tel: (954) 703-3901  carey.villeneuve@bipc.com
Counsel for Zeltiq Aesthetics, Inc.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Nov 23, 2015



Steven M. Larimore
Clerk of Court

**SUMMONS**

*s/ Juan Ulacia*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| ZELTIQ AESTHETICS, INC. <br><br> *Plaintiff(s)* <br> v. <br> DERMA LASER CENTER LLC and NADER SHEHATA, MD <br><br> *Defendant(s)* | Civil Action No. 15-cv-62471 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NADER SHEHATA, MD
3800 S. Ocean Drive, # 218, Hollywood, Florida 33019

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

S. Carey Villeneuve
BUCHANAN INGERSOLL & ROONEY PC
1200 E. Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Tel: (954) 703-3901  carey.villeneuve@bipc.com
Counsel for Zeltiq Aesthetics, Inc.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS

Date: Nov 23, 2015

Steven M. Larimore
Clerk of Court

*s/ Juan Ulacia*
Deputy Clerk
U.S. District Courts